# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANITA G. POWELL  
1012 SOUTH JOHNSTON AVENUE  
ROCKFORD, IL  61102  

SSN-xxx-xx-8037

Case Number: 07-72468

Case filed on: 10/12/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ILLINOIS DEPARTMENT OF REVENUE | 496.14 | 496.14 | 0.00 | 0.00 |
|  | Total Priority | 496.14 | 496.14 | 0.00 | 0.00 |
| 032 | ANITA G. POWELL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CREDIT ACCEPTANCE CORPORATION | 9,000.00 | 9,000.00 | 0.00 | 0.00 |
|  | Total Secured | 9,000.00 | 9,000.00 | 0.00 | 0.00 |
| 003 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AAA COMMUNITY FINANCE | 1,248.33 | 1,248.33 | 0.00 | 0.00 |
| 005 | ACE AMERICA'S CASH EXPR | 888.55 | 888.55 | 0.00 | 0.00 |
| 006 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED CO | 1,105.70 | 1,105.70 | 0.00 | 0.00 |
| 009 | CREDIT MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDIT PROTECTION ASSOCIATON | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | EASTERN COLLECTION CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ENCIRCLE CHECK COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HEIGHTS FINANCE | 783.97 | 783.97 | 0.00 | 0.00 |
| 014 | JEFFERSON CAPITAL SYSTEMS, LLC | 549.75 | 549.75 | 0.00 | 0.00 |
| 015 | KANE COUNTY STATES ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LAW OFFICES OF JOEL CARDIS, LLC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MIDLAND CREDIT MANAGEMENT INC | 798.96 | 798.96 | 0.00 | 0.00 |
| 018 | NATIONAL SERVICE BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ONE ENCIRCLE PLAZA | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | PARAGON WAY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SANTA BARBARA BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SECURITY FINANCE | 494.00 | 494.00 | 0.00 | 0.00 |
| 026 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | STERLING & KING INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | TITLE CASH INC | 1,475.00 | 1,475.00 | 0.00 | 0.00 |
| 029 | TRIBUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MIDLAND CREDIT MANAGEMENT INC | 658.90 | 658.90 | 0.00 | 0.00 |
| 031 | ILLINOIS DEPARTMENT OF REVENUE | 103.00 | 103.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,106.16 | 8,106.16 | 0.00 | 0.00 |
|  | Grand Total: | 17,602.30 | 17,602.30 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00  
Trustee Allowance:          $0.00  
Percent Paid Unsecured:     0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008                By  /s/Heather M. Fagan